# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KELLY KAUFERT,** | Case No. 2:11-cv-00227-FCD-EFB |
| Plaintiff, | **ORDER** |
| vs. | |
| **LITTON LOAN SERVICING LP,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.  Each party shall bear their own costs and expenses.

Dated this 8th day of June, 2011.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE